# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LITTLEJOHN,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY SUPERIOR COURT, *et al*,<br><br>Defendants. | Case No. 2:24-cv-03840-JWH-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and the Objections to the Report and Recommendation filed by Plaintiff Edward Littlejohn.  The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.

In this action, Littlejohn alleges that he was unlawfully confined at the California Department of State Hospitals.[1]  The Report recommends the dismissal of the Third Amended Complaint with leave to amend some claims.[2]  Littlejohn's objections do not merit a different result.

Littlejohn objects and asserts that he has stated a claim against the Los Angeles County District Attorney's Office under Title II of the Americans with Disabilities Act ("ADA").[3]  The Court agrees with the Report that Littlejohn has failed to state a claim.  "First, most of the items Plaintiff points to—setting of hearings, access to the law library, appointment of counsel, securing witnesses, appointment of investigators, etc. . . .—are things that a *court* generally extends to a criminal defendant and are not a 'benefit' or service' provided by the District Attorney's Office."[4]  Moreover, "[t]o the extent that providing a criminal defendant with discovery could possibly be considered a benefit or service, Plaintiff does not specify how the District Attorney's Office thwarted his ability to participate in the discovery process."[5]  "Likewise, Plaintiff does not explain what accommodations or auxiliary aids he needed to

---

[1]     Third Am. Compl. (the "Third Amended Complaint") [ECF No. 123].

[2]     Report & Recommendation (the "R&R") [ECF No. 142].

[3]     Obj. to the R&R (the "Objection") [ECF No. 144] 1:21-4:18.

[4]     R&R 12:4-8 (emphasis in original).

[5]     *Id*. at 12:12-15 (citing Third Amended Complaint 14).

participate fully in court proceedings, whether he requested such aids, when those requests were made, or when they were denied—nor, more fundamentally, is it clear what accommodations or auxiliary aids a district attorney's office could have an obligation to provide a criminal defendant."[6]

Littlejohn objects that he has stated a claim for false imprisonment.[7] However, Littlejohn was committed pursuant to a valid court order.[8]  Thus, the Court agrees with the Report that Littlejohn has no factual basis to bring a claim for false imprisonment.[9]

The Court accepts the recommendations of the Magistrate Judge.

Accordingly, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED**.

2. The County Defendants' Motion to Dismiss [ECF No. 135] is **GRANTED** and the Los Angeles District Attorney's Office, George Gascon, and John and Jane Doe Deputy District Attorneys are **DISMISSED with prejudice**.

3. The State Hospital Defendants' Motion to Dismiss [ECF No. 125] is **GRANTED in part** to the extent that it seeks the dismissal of the Third Amended Complaint for failure to state a claim.

4. Claims Three and Six of the Third Amended Complaint are **DISMISSED without leave to amend**.

5. The Third Amended Complaint is **DISMISSED** in its entirety.

---

[6]     *Id*. at 12:17-22.

[7]     Objection 4:21-6:17.

[8]     R&R 16:18-21 (citing *In re Littlejohn*, 2021 WL 4436317, at *1-*2 (Cal. Ct. App. Sept. 28, 2021) (affirming the trial court's credit calculation and release date)).

[9]     R&R 16:11-17:5.

6.      Littlejohn is **DIRECTED** to file a Fourth Amended Complaint, if at all, no later than May 28, 2026, amending only his ADA and Rehabilitation Act claims against the State Hospital Defendants.

7.      The Clerk is **DIRECTED** to serve this Order on all counsel or parties of record.

**IT IS SO ORDERED.**

Dated:    April 28, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-4-